**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Namond Earl WILLIAMS, a/k/a Na-
mond Brewington, a/k/a Tony
Smith, Defendant–Appellant.**

No. 10–6795.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2010.

Decided: Jan. 3, 2011.

Namond Earl Williams, Appellant Pro
Se. Andrea L. Smith, Office of the United
States Attorney, Baltimore, Maryland, for
Appellee.

Before NIEMEYER and KEENAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Namond Earl Williams appeals the dis-
trict court's orders denying his 18 U.S.C.
§ 3582(c)(2) (2006) motion for a sentence
reduction and denying reconsideration.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
the district court's orders. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*